[No. 38211-3-II. Division Two. September 21, 2010.]

GLOBAL HORIZONS, INC., *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-00168-6, Gary R. Tabor, J., entered August 1, 2008. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, J.; Quinn-Brintnall, J., dissenting.

[No. 38831-6-II. Division Two. September 21, 2010.]

*In the Matter of the Marriage of* GLENN D. MCDERMOTT, *Appellant*, and KRISTEN JENKINSON-MCDERMOTT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-3-02537-6, Ronald E. Culpepper, J., entered January 9, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Worswick, JJ.

[No. 38943-6-II. Division Two. September 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY DEAN ELLIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-00517-5, Lisa E. Tabbut, J. Pro Tem., entered January 21, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 39330-1-II. Division Two. September 21, 2010.]

WM. DICKSON COMPANY, *Appellant*, v. THE DEPARTMENT OF ECOLOGY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-15031-9, Linda CJ Lee, J., entered May 8, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Van Deren, JJ.